FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 1 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02207-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

N. ALLEN,
C. FLORY,
A. COSNER,
K. NORDELL,
A. MEDINA,
K. SOKOL, and
C. TUTTLE,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed **in forma pauperis**. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: September __17__, 2010

BY THE COURT:

_(signed) Christine M. Arguello_

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02207-CMA-MJW

Shawn D. Allen
Doc No. 113014
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

N. Allen, C. Flory, A. Cosner, K. Nordell, A. Medina, K. Sokol, and C. Tuttle- **WAIVER\***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on N. Allen, C. Flory, A. Cosner, K. Nordell, A. Medina, K. Sokol, and C. Tuttle: COMPLAINT FILED 09/09/10, WAIVER\* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 9/21/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk