IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02207-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

N. ALLEN,
C. FLORY,
A. COSNER,
K. NORDELL,
A. MEDINA,
K. SOKOL, and
C. TUTTLE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Amend Request for Relief **(Docket No. 11)** is **granted**. Accordingly, page 2 of Docket No. 11, entitled "Request for Relief," is added as the last page of the Prisoner Complaint (Docket No. 3) as an addition to section G, Request for Relief.

Date: October 5, 2010