IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02207-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

N. ALLEN,
C. FLORY,
A. COSNER,
K. NORDELL,
A. MEDINA,
K. SOKOL, and
C. TUTTLE,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Have Defendant K. Nordell Ordered to Provide Me Reasonable Access to Law Library (Docket No. **14**) is **denied**.

Plaintiff has established no basis for a court order directing that he be given special law library, photocopying, paper privileges beyond what is provided by the CDOC regulations.  See AR 750-01(IV)(A) (law libraries) and AR 850-14(IV)(C)(2) (legal mail, legal photocopies, and legal supplies for indigent offenders). With proper conservation and management of the resources provided to him by CDOC, plaintiff should have adequate access to the courts.  Moreover, plaintiff has not shown any actual injury as a result of the limitations.

Date: November 16, 2010