IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   10-cv-02207-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

N.  ALLEN,
C.  FLORY,
A.  COSNER,
K.  NORDELL,
A.  MEDINA,
K.  SOKOL, and
C.  TUTTLE,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that plaintiff's Motion to "Slightly" Amend Complaint
(Docket No. 18), to which no response was filed by defendants, is granted.  Accordingly,
plaintiff's defamation claim against defendant A. Cosner contained in Claim Three is
dismissed without prejudice.

Date: December 9, 2010