# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-02207-CMA-MJW                FTR - Courtroom A-502

**Date:**  March 08, 2011                                Courtroom Deputy, Ellen E. Miller

           *Parties*                                     *Counsel*

SHAWN D. ALLEN,                                          *Pro Se*   (by telephone)
#11-1143 Arapahoe County Detention Facility


           Plaintiff(s),

v.

NICOLE ALLEN, Limon Correctional Facility               Emma J. Skivington
CLINT FLORY, Limon Correctional Facility
AMY COSNER, Limon Correctional Facility
KEITH NORDELL, Legal Manager, Department of
Corrections,
ANGEL MEDINA, Warden,
Limon Correctional Facility
KEN SOKOL, Programs Supervisor,
Limon Correctional Facility
CARYN TUTTLE, Legal Assistant,

           Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**    9:03 a.m.
Court calls case. Appearances of *Pro Se* Plaintiff by telephone and defense counsel in the courtroom.

In the future, if the pro se plaintiff is seeking relief from this court, he must file an appropriate motion, consistent with D.C.COLO.LCivR 7.1.  As Pro Se parties are held to the same rules of procedure which apply to other litigants, Pro Se litigants must comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure.  The pro se plaintiff shall discontinue filing letters to the clerk of court and/or any judicial officer.  Further, pro se plaintiff shall put only one case number per pleading and shall refrain from placing all of his case numbers on the papers he files.

Plaintiff notes his current Parole Eligibility Date is March 2012.

**It is ORDERED:**       Defendants' MOTION TO VACATE PROPOSED SCHEDULING ORDER

[Docket No. **32**, Filed March 01, 2011] is **GRANTED** for reasons as set forth on the record.
Therefore, Docket No. 31  Scheduling Order is not considered by the Court, and  Docket No.  32-1 Scheduling Order  is the operative document and is reviewed on the record.

**It is ORDERED:**  Plaintiff's MOTION TO AMEND CLAIM FOR RELIEF [Docket No. **22**, Filed December 10, 2010] is **GRANTED** for reasons as set forth on the record.
Defendants shall have to and including   **MARCH 28, 2011** to answer or otherwise respond to the now Amended Complaint.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures on or before **MARCH 25, 2011**

Joinder of Parties/Amendment to Pleadings:   **MAY 16, 2011**

Discovery Cut-off:   **OCTOBER 14, 2011**

Dispositive Motions Deadline:   **NOVEMBER 14, 2011**

Each side  shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before JULY 01, 2011**
Parties shall designate Rule 26(a)(2) rebuttal experts   **on or before AUGUST 01, 2011**

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   SEPTEMBER 01, 2011.
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed no later than OCTOBER 14, 2011.

The parties, jointly or separately, may request by motion that a  SETTLEMENT CONFERENCE be set.

**FINAL PRETRIAL CONFERENCE** set for      JANUARY 17, 2012   at   8:30 a.m.
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Incarcerated individuals may appear by telephone.

The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before JANUARY  12,  2012.
In the subject line** of the e-mail, counsel shall list the case number, short caption, and  "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)

Valid photo identification is required to enter the courthouse.  In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a five (5) day trial to a jury.
The Honorable Christine M. Arguello  will set a Trial Preparation Conference and Trial at a future date.

Parties are directed to www.cod.uscourts.gov   and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**[X]**    Scheduling Order is signed and entered  with interlineations    **MARCH 08, 2011**

The Court directs the courtroom deputy to mail a copy of the Local Rules with a copy of the Scheduling Order and the Courtroom Minutes to Plaintiff at the Arapahoe County Detention Center.

Hearing concluded.

**Court in recess:**     9:33 a.m.
Total in-court time: 00:30

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.