IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02207-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

NICOLE ALLEN, Limon Correctional Facility
CLINT FLORY, Limon Correctional Facility
AMY COSNER, Limon Correctional Facility
KEITH NORDELL, Legal Manager, Department of Corrections
ANGEL MEDINA, Warden, Limon Correctional Facility
KEN SOKOL, Programs Supervisor, Limon Correctional Facility
CARYN TUTTLE, Legal Assistant,

    Defendants.

---

**ORDER RE: MOTION TO ALLOW DEPOSITION OF PLAINTIFF
SHAWN ALLEN PURSUANT TO FED. R. CIV. P. 30(a)(2)**
(Docket No. 69)

---

THE COURT, having reviewed the Motion to Allow Deposition of Plaintiff Shawn Allen Pursuant to Fed. R. Civ. P. 30(a)(2), being fully advised in the premises, and for good cause shown;

DOES HEREBY **GRANT** the motion. Defendants may take Plaintiff's deposition with regards to this litigation.

DATED THIS 26th DAY OF July 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO