IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02207-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

N.  ALLEN,
C.  FLORY,
A.  COSNER,
K.  NORDELL,
A.  MEDINA,
K.  SOKOL, and
C.  TUTTLE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Defendants' Motion to Compel Plaintiff to Respond to Defendants' First Set of Discovery (Docket No. 57) is granted.

Although there was some delay in the discovery requests making their way to the plaintiff, plaintiff has had Defendants' First Set of Discovery for well over two months and has not answered or executed the releases.  Plaintiff's reliance on the Scheduling Order's September 1, 2011, deadline for service of interrogatories, requests for productions of documents, and requests for admissions (see Docket No. 37 at 8) is misplaced because that deadline is for service of the discovery demands, not the responses thereto.  Plaintiff has failed to comply with the deadlines for responding to discovery requests that are set forth in the Federal Rules of Civil Procedure.  It is thus further

**ORDERED** that on or before August 17, 2011, plaintiff shall fully respond to the Defendants' First Set of Discovery to Plaintiff Shawn D. Allen (Docket No. 57-1).

Date: August 3, 2011